# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS $ 7,041.12

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED $ 17,000.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY $ 0.00