UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Original Best Buy d/b/a | ) | Case No.  04 B 30267 |
| The Original Best Buy Tile Inc, | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor. | ) | |

### NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT

To:   **Eugene Crane, Esq.**
      135 South La Salle Street
      Suite 3705
      Chicago, IL 60603
      ecrane@craneheyman.com

   **Please Take Notice** that on November 16, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

### REQUEST FOR NOTICE

   Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's Final Report.

                                             WILLIAM T. NEARY
                                             UNITED STATES TRUSTEE

DATED:   November 16 2007           BY:  /s/  Dean Harvalis
                                             Assistant United States Trustee
                                             Attorney Id. #03126564
                                             OFFICE OF THE U.S. TRUSTEE
                                             227 WEST MONROE, SUITE 3350
                                             CHICAGO, ILLINOIS  60606
                                             (312) 886-5785

## **CERTIFICATE OF SERVICE**

      I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on November 16, 2007.

                                                                                  /s/ Dean Harvalis