**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ORIGINAL BEST BUY<br>DBA THE ORIGINAL BEST BUY TILE INCOR<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-30267 H<br><br>JUDGE Jacqueline P. Cox |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN, COURTROOM 619
         CHICAGO, ILLINOIS 60604

    on:  **December 19, 2007**
    at:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $       7,041.12

    b. Disbursements                         $           5.32

    c. Net Cash Available for Distribution   $       7,035.80

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| EUGENE CRANE<br>(Trustee Fees) | 0.00 | $1,454.11 | |

| | | | |
|---|---|---|---|
| Clerk of U.S. Bankruptcy Court (US Bankruptcy Court ) | 0.00 | | $150.00 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $820.00 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $14,219.00 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | | $92.64 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $345.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $5,786.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American International Tile | $ 3,523.69 | $ 0.00 |
| 2 | Waste Management | $ 412.88 | $ 0.00 |
| 3 | Quick Delivery Service, Inc. | $ 1,768.10 | $ 0.00 |
| 4 | Illinois Department of Revenue | $ 82.00 | $ 0.00 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: inventory

Dated:  **November 26, 2007**              For the Court,

                                By: **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court
                                    219 S. Dearborn Street; 7th Floor
                                    Chicago, IL  60604

Trustee:    EUGENE CRANE
Address:    135 S. LaSalle Street, #3705
            Chicago, IL  60603
Phone No.:  (312) 641-6777

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Nov 26, 2007
Case: 04-30267                 Form ID: pdf002             Total Served: 25


The following entities were served by first class mail on Nov 28, 2007.
db           +The Original Best Buy Tile Incorporated,   6026 North Broadway,    Chicago, Il 60660-2517
aty          +Paul M Bach,   Law Offices of Paul M Bach,    1955 Shermer Road,   Suite 150,
               Northbrook, IL 60062-5352
tr           +Eugene Crane,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
8394275       ADT Security Services, Inc.,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
8394278       AT&T,   P.O. Box 9001310,    Louisville, KY 40290-1310
8394279       AT&T Broadband,    P.O. Box 9001310,   Louisville, KY 40290-1310
8394276      +American International Tile,    850 Pratt Blvd.,   Elk Grove Village, IL 60007-5117
8394277      +American Olean Midwest,   805 Mark Street,    Elk Grove Village, IL 60007-6705
8394281       CST Co.,   CST Building,    P.O. Box 33127,   Louisville, KY 40232-3127
8394282      +Devon Realty Inc.,    6348 North Cicero Avenue,   Chicago, IL 60646-4422
8394284      +Echales, Benjamin & Company LL,    5214 West Main Stree, Ste 200,   Skokie, IL 60077-2173
11487422     +Illinois Department of Revenue,    Bankruptcy Section,   100 West Randolph Street Level 7-425,
               Chicago, Illinois 60601-3218
8394285      +Inter Tile Distributors,   1300 Touhy Avenue,    Elk Grove Village IL 60007-5304
8394286      +International Marble & Granite,    2950 W. Grand Avenue,   Chicago, IL  60622,   IRS,
               Kansas City, MO 64999-0001
8394287      +Mid-America Tile,    1650 Howard Street,   Elk Grove Village, IL 60007-2226
8394288      +Peoples Energy,    130 E. Randolph Drive,   Chicago, IL 60687-0001
8394290       SBC,   Bill Payment Center,   Chicago, IL  60663-0001
8394289       Stein & Rotlman,    105 West Madison Street,   Chicago, IL 60602-4602
8394292      +Stone Design, Inc.,    598 Mitchell Road,   Glendale Heights, IL 60139-2581
8394273      +TAS Imports, Inc.,    2075 Estes Avenue,   Elk Grove Village, IL 60007-5417
8394274       UCN,   Payment Center, #5450,    P.O. Box 410468,   Salt Lake City, UT 84141-0468
8394294       Waste Management,    P.O. Box 9001054,   Louisville, KY 40290-1054
10922420     +Waste Management,    2421 W Peoria Ave,   Phoenix, AZ 85029-4944
8394295      +Westcott Hindmarsh,   11708 S. Mayfield,   Alsip, IL 60803-3565

The following entities were served by electronic transmission on Nov 27, 2007.
8394280       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          ComEd,
               Bill Payment Center,   Chicago, IL  60668-0001
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Eugene Crane,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
8394283*     +Devon Realty, Inc.,    6348 North Cicero Avenue,   Chicago, IL 60646-4422
8394291*     +Stein & Rotlman,    105 West Madison Street,   Chicago, IL 60602-4602
8394293*      UCN,   Payment Center #5450,    P.O. Box 410468,   Salt Lake City, UT 84141-0468
                                                                                           TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 28, 2007**          **Signature:** _Joseph Speetjens_