IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| ORIGINAL BEST BUY | |
| DBA THE ORIGINAL BEST BUY TILE INCOR | CASE NO. 04-30267 H |
| | |
| | HONORABLE Jacqueline P. Cox |
| Debtor(s) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE Jacqueline P. Cox,
       BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit "A".

   All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

_2/5/08_   _____
DATE       EUGENE CRANE, TRUSTEE