UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Original Best Buy d/b/a ) | |
| The Original Best Buy Floor Tile, Inc, ) | Case Number 04 B 30267 |
| ) | |
| Debtor. ) | Honorable Jacqueline P. Cox |

### NOTICE OF FILING OF U.S. TRUSTEE'S MEMORANDUM
### OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

To:    Eugene Crane, Esq.
       Crane, Heyman, Simon, Welch & Clar
       135 South La Salle Street, Suite 3705
       Chicago, IL 60603
       einstein829@earthlink.net

   Please take notice that on March 12, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 14, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                            WILLIAM T. NEARY
                                            UNITED STATES TRUSTEE

Dated:  March 12, 2008                      BY   /s/ Dean Harvalis
                                            Assistant United States Trustee
                                            Attorney Id.#03126564
                                            Office of the U.S. Trustee
                                            227 West Monroe Street, Suite 3350
                                            Chicago, Illinois 60606
                                            (312) 886-5785

### CERTIFICATE OF SERVICE

   I, Dean Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on March 12, 2008.

                                                          /s  Dean Harvalis